■ Paula J. Curtin, Individually and as Personal Representative of the Estate of Thomas A. Curtin, Deceased, Respondent, v J.B. Hunt Transport, Inc., et al., Appellants. (Appeal No. 1.) [913 NYS2d 611]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered August 5, 2009 in a wrongful death action. The order, among other things, denied defendants' cross motion to exclude from evidence the report and testimony of plaintiff's economic expert.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Martoche, J.P., Lindley, Sconiers, Pine and Gorski, JJ.